IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW3:10CR9-1 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| MICHAEL MAXWELL MACCONNELL. | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and BANK OF AMERICA:

A judgment was entered on May 26, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Michael Maxwell MacConnell, aka/Mike MacConnell, aka/ Maxwell MacConnell, whose last known address is XXXXXXXXXXXX, Charlotte, NC 28210, in the sum of $12,227.50. The balance on the account as of February 15, 2012, is $12,202.50.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Bank of America is commanded to **turn over property** in which the defendant, Michael Maxwell MacConnell, aka/Mike MacConnell, aka/ Maxwell MacConnell, has a substantial nonexempt interest, the said property being funds located in Bank of America accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Michael Maxwell MacConnell, aka/Mike MacConnell, aka/ Maxwell MacConnell, at the following address: Bank of America, 101 S Tryon St, Charlotte, NC 28202.

Signed: February 17, 2012

David C. Keesler
United States Magistrate Judge